UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANELL L. SMITH, | Case No. 1:08-cv-319 |
| Plaintiff, | HONORABLE PAUL MALONEY |
| v. | Magistrate Judge Carmody |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## **JUDGMENT**

Judgment is **ENTERED** in favor of the Commissioner.

The Commissioner's denial of benefits is AFFIRMED.

The complaint is DISMISSED. This case is TERMINATED.

This is a final order.

**IT IS SO ORDERED this  7th  day of July 2009.**

                                                           /s/ Paul L. Maloney
                                                           Honorable Paul L. Maloney
                                                           Chief United States District Judge